# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

## Civil Action No. 4:22-cv-00249

DIVYA GADASALLI, an individual,

      Plaintiff,

v.

JERRY BULASA, an individual;
DONG LIAN, an individual; DANYUN LIN, an individual;
TD BANK, N.A., a national banking association;
ABACUS FEDERAL SAVINGS BANK, a federal savings bank;
BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and
POLONIEX, LLC, a Delaware limited liability company;

      Defendants.

_____/

## DECLARATION OF DIVYA GADASALLI

Pursuant to 28 U.S.C. § 1746, I, DIVYA GADASALLI, declare the following:

1.      My name is Divya Gadasalli. I am over eighteen (18) years of age, and I am the plaintiff in the above-captioned lawsuit. I make this affidavit based upon my personal knowledge.

2.      This affidavit is made in support of my Motion for Temporary Restraining Order Without Notice against Defendant JERRY BULASA, an individual (the "Motion").

3.      I have reviewed the Motion as well as the documents referenced therein. I have also reviewed, and am familiar with, the Complaint filed in this action.

4.      In support of the Motion, I represent based upon my personal knowledge and on my investigation to date, the factual allegations contained in following particular paragraphs of the Complaint which directly relate to the narrow form of equitable relief sought by the Motion are believed to be true and correct: ¶¶ 1, 3, 4, 5, 6, 7, 8, 9, 10, 56, 57, 58, 59, 60, 61, 62, 64, 65, 66, 67, 68, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, and 82.

5.      To be clear, while I believe all allegations in the Complaint to be true, I merely limit this declaration to the cited paragraphs for the narrow purpose of the relief sought by the Motion.

FURTHER DECLARANT SAYETH NAUGHT.

## VERIFICATION

I, DIVYA GADASALLI, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

                          */s/ Divya Gadasalli*
                          DIVYA GADASALLI

DATED this   28   day of March 2022.