## RETURN OF SERVICE

State of                                                                                                          County of

Case Number: 4 22 CV 00249 ALM

Plaintiff:
**DIVYA GADASALLI, AN INDIVIDUAL**

vs.

Defendant:
**JERRY BULASA, AN INDIVIDUAL, ET AL**

For:
DAVID SILVER

GTS0000070375

Received by GUARANTEED SUBPOENA SERVICE on the 1st day of April, 2022 at 10:22 am to be served on **TD BANK, N.A., UNITED STATES CORPORATION COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Christopher S. Kady, do hereby affirm that on the **4th day of April, 2022 at 11:50 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT, RENEWED MOTION, PROPOSED ORDER** with the date and hour of service endorsed thereon by me, to: **Sheena Black as Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 Hays Street, Tallahassee, FL 32301** on behalf of **TD BANK, N.A.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 155, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

_____
**Christopher S. Kady**
Process Server #237

GUARANTEED SUBPOENA SERVICE
2009 MORRIS AVENUE
UNION, NJ 07083
(180) 067-2195

Our Job Serial Number: GTS-0000070375
Ref: 20220401101323

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| DIVYA GADASALLI, an individual <br><br> *Plaintiff(s)* <br> v. <br> JERRY BULASA, an individual; <br> DONG LIAN, an individual; <br> DANYUN LIN, an individual; <br> TD BANK, N.A., a national banking association; etc. <br> *Defendant(s)* | Served Date: Time: 11:50am <br><br> Civil Action No. 4:22-cv-00249 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TD BANK, N.A.
United States Corporation Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David C. Silver, Esq.
Silver Miller
4450 NW 126th Ave. - Suite 101
Coral Springs, FL 33065
E-mail: DSilver@SilverMillerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/29/22

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*