DAVID C. SILVER, ESQ. - 20220401101433

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | Job Number **1372744** |
|---|---|
| **AFFIDAVIT OF SERVICE** | Index no : **4 22 CV 00249 ALM**<br>Date Index Number Purchased: **03/29/2022** |

| Plaintiff: | **DIVYA GADASALLI, AN INDIVIDUAL** |
|---|---|
| Defendant: | **JERRY BULASA, AN INDIVIDUAL, ET AL** |

STATE OF NEW YORK
COUNTY OF NASSAU      ss.:





*1372744*

**Nicholas Viveros**, the undersigned, being duly sworn, deposes and says that

On **04/04/2022** at **1:51 PM**, I served the within **SUMMONS AND COMPLAINT, RENEWED MOTION, PROPOSED ORDER** on **ABACUS FEDERAL SAVINGS BANK** at **6-8 BOWERY, DOD 3RD FLOOR, NEW YORK, NY 10013** in the manner indicated below:

By delivering a true copy of said documents to **Grace Lei, GENERAL AGENT** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **ABACUS FEDERAL SAVINGS BANK**, and the recipient responded in the affirmative.

Comments:

A description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Asian | Black | 30-40 | 5ft - 5ft 3 | 121-140lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 04/11/2022

X_____
Nicholas Viveros
License#: 2094853
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056

Aaliyah A Mais
Notary Public, State of New York
No. 01MA6424080
Qualified in Queens County
My Commission Expires 10/25/25