# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DIVYA GADASALLI, an individual, | Case No. 4-22:CV-00249 |
| Plaintiff, | Hon. Amos L. Mazzant, III |
| - v. - | |
| JERRY BULASA, an individual; DONG LIAN, an individual; DANYUN LIN, an individual; TD BANK, N.A., a national banking association; ABACUS FEDERAL SAVINGS BANK, a federal savings bank; BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and POLONIEX, LLC, a Delaware limited liability company, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING
## DEFENDANT BINANCE HOLDINGS LTD'S MOTION TO DISMISS

The Court, having considered Defendant Binance Holdings Ltd.'s Motion to Dismiss, any responses, replies or other briefing submitted by the parties, the submitted evidence, any other relevant pleadings, and the applicable law, finds Binance's Motion to Dismiss should be GRANTED.