# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DIVYA GADASALLI, an individual,** § § § | |
| Plaintiff, § § | Civil Action No. 4:22-cv-00249-ALM |
| v. § § | |
| **JERRY BULASA, an individual; DONG LIAN, an individual; DANYUN LIN, an individual; TD BANK, N.A., a national banking association; ABACUS FEDERAL SAVINGS BANK, a federal savings bank; BIANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and POLONIEX, LLC, a Delaware limited liability company,** § § § § § § § § § § § | |
| Defendants. § | |

## UNOPPOSED MOTION TO EXTEND ABACUS FEDERAL SAVINGS BANK'S DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT

Defendant's Abacus Federal Savings Bank's, ("**Defendant**") request the Court extend the deadline for the Defendant to file an answer to Plaintiff's Complaint (Dkt #1) by thirty (30) days. Defendant has communicated with Plaintiff's counsel and the motion is unopposed.

| | |
|---|---|
| Dated:  April 25, 2022 | Respectfully Submitted, |

/s/  Amanda L. Cottrell
Amanda L. Cottrell (Texas Bar No. 24064972)
Steven G. Gersten (Texas Bar No. 24087579)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Tel. (469) 391-7400
Fax (469) 391-7401
acottrell@sheppardmullin.com
sgersten@sheppardmullin.com

*Attorneys for Defendant*
**ABACUS FEDERAL SAVINGS BANK**

## CERTIFICATE OF CONFERENCE

Defendant's counsel conferred with Plaintiff's counsel regarding an extension of time to answer and confirmed the motion is unopposed.

*/s/ Amanda L. Cottrell*
Amanda L. Cottrell

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of April, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  All others will be served via electronic mail.

*/s/ Amanda L. Cottrell*
Amanda L. Cottrell