UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DIVYA GADASALLI, an individual,** § § § **Plaintiff,** § § **v.** § § **JERRY BULASA, an individual; DONG LIAN, an individual; DANYUN LIN, an individual; TD BANK, N.A., a national banking association; ABACUS FEDERAL SAVINGS BANK, a federal savings bank; BIANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and POLONIEX, LLC, a Delaware limited liability company,** § § § § § § § § § § § **Defendants.** § | Civil Action No.  4:22-cv-00249-ALM |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND ABACUS FEDERAL SAVINGS BANK'S DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT

Before the Court is Defendant's Abacus Federal Savings Bank's, ("**Defendant**"), unopposed Motion to extend the deadline for Defendant to file an answer to Plaintiff's Complaint by thirty (30) days. The Motion is **GRANTED**. Abacus Federal Savings Bank's deadline to answer is extended to May 25, 2022.