UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DIVYA GADASALLI, an individual,** | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 4:22-cv-00249-ALM |
| **JERRY BULASA, an individual; DONG LIAN, an individual; DANYUN LIN, an individual; TD BANK, N.A., a national banking association; ABACUS FEDERAL SAVINGS BANK, a federal savings bank; BIANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and POLONIEX, LLC, a Delaware limited liability company,** | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND ABACUS FEDERAL SAVINGS BANK'S DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT

Pending before the Court is Defendant Abacus Federal Savings Bank's Unopposed Motion to Extend the Deadline to Answer Plaintiff's Complaint (Dkt. #19) by thirty (30) days. Having considered the Motion, the Court finds it should be **GRANTED**. Abacus Federal Savings Bank's deadline to answer is hereby extended to May 25, 2022.

IT IS SO ORDERED.

SIGNED this 26th day of April, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE