# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DIVYA GADASALLI, an individual, | Case No. 4:22-CV-00249 |
| Plaintiff, | Hon. Amos L. Mazzant, III |
| - v. - | |
| JERRY BULASA, an individual; <br> DONG LIAN, an individual; <br> DANYUN LIN, an individual; <br> TD BANK, N.A., a national banking association; <br> ABACUS FEDERAL SAVINGS BANK, a federal savings bank; <br> BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and <br> POLONIEX, LLC, a Delaware limited liability company, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Santosh Aravind hereby enters his appearance on behalf of the Defendant Binance Holdings, Ltd. d/b/a Binance, a foreign company in the above-captioned matter. Please direct and serve all further notices and copies of pleadings, papers, and other material relevant to this action to Mr. Aravind at the following address:

Santosh Aravind
Scott Douglass & McConnico, LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701-2589
(512) 495-6300 (telephone)
(512) 495-6399 (fax)
Email: saravind@scottdoug.com

4893-8382-2110

Dated: May 3, 2022

                                                Respectfully submitted,

*/s/ Santosh Aravind*
Santosh Aravind
Texas Bar No. 24095052
Ryan Squires
Texas Bar No. 24044951
**SCOTT DOUGLASS MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
Tel:  512-495-6300
Fax: 512-495-6399
Email:  saravind@scottdoug.com
          rsquires@scottdoug.com

Karen R. King (pro hac pending)
Lead Attorney
New York Bar No. 3933512
**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
Fax:  (212) 856-9494
Email:  kking@maglaw.com

*Counsel for Defendant Binance Holdings, Ltd.*

4893-8382-2110

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on counsel of record by ECF on May 3, 2022:

                                             */s/ Santosh Aravind*
                                             Santosh Aravind

4893-8382-2110