# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

DIVYA GADASALLI, an individual,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 4:22-cv-00249-ALM

JERRY BULASA, an individual;
DONG LIAN, an individual; DANYUN LIN, an individual;
TD BANK, N.A., a national banking association;
ABACUS FEDERAL SAVINGS BANK, a federal savings bank;
BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and
POLONIEX, LLC, a Delaware limited liability company;
    Defendants.
_____/

## ORDER ENDORSING JOINT STIPULATION

Before the Court is the Joint Stipulation (Dkt. #23) filed by Plaintiff DIVYA GADASALLI, an individual, and Defendant BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company, by which the parties agreed Plaintiff shall file her Amended Complaint on or before May 20, 2022. The Court, having considered the Joint Stipulation, and for good cause shown, finds as follows:

The Joint Stipulation (Dkt. #23) is hereby accepted and approved by the Court, and Plaintiff's Amended Complaint (Dkt. #24) is deemed filed.

**IT IS SO ORDERED.**

**SIGNED this 27th day of May, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE