# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**Civil Action No. 4:22-cv-00249-ALM**

DIVYA GADASALLI, an individual,

    Plaintiff,

v.

JERRY BULASA, an individual;
DONG LIAN, an individual; DANYUN LIN, an individual;
TD BANK, N.A., a national banking association;
ABACUS FEDERAL SAVINGS BANK, a federal savings bank;
BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and
POLONIEX, LLC, a Delaware limited liability company;

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANTS TD BANK, N.A. and ABACUS FEDERAL SAVINGS BANK

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff DIVYA GADASALLI, an individual ("Plaintiff"), by and through her undersigned counsel, hereby DISMISSES WITHOUT PREJUDICE the claims brought against **Defendants TD BANK, N.A., a national banking association ("TD BANK"), and ABACUS FEDERAL SAVINGS BANK, a federal savings bank ("ABACUS BANK")**, in this action. Defendants TD BANK and ABACUS BANK have neither served an Answer nor filed a Motion for Summary Judgment in this action. Accordingly, this action may be dismissed without prejudice as to Defendants TD BANK and ABACUS BANK without an Order of the Court.

**For the sake of clarity, this dismissal is <u>not</u> intended to have any effect on any other claims against any other parties in this litigation.**

Each party is to bear her/its own costs, expenses, and attorneys' fees associated with the above-captioned action.

Civil Action No. 4:22-cv-00249-ALM

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:      (954) 516-6000

By:  */s/ David C. Silver*
       DAVID C. SILVER
       Florida Bar No. 572764
       E-mail: DSilver@SilverMillerLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __14th__ day of June 2022 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **ALLISON CARROLL, ESQ.**, DUANE MORRIS, LLP, *Counsel for Defendant TD Bank, N.A.*, 100 Crescent Ct. - Suite 200, Dallas, TX 75201, E-mail: ACarroll@DuaneMorris.com; **AMANDA L. COTTRELL, ESQ.**, SHEPPARD MULLIN, *Counsel for Defendant Abacus Federal Savings Bank*, 2200 Ross Avenue - 20th Floor, Dallas, TX 75201, E-mail: ACottrell@SheppardMullin.com; **RYAN SQUIRES, ESQ.**, SCOTT DOUGLASS MCCONNICO LLP, *Counsel for Binance Holdings, Ltd.*, 303 Colorado Street - Suite 2400, Austin, TX 78701, E-mail: rsquires@scottdoug.com; and **KAREN R. KING, ESQ.**, MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C., *Counsel for Binance Holdings, Ltd.*, 565 Fifth Avenue, New York, NY 10017, E-mail: kking@maglaw.com.

       */s/ David C. Silver*
       DAVID C. SILVER