UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIVYA GADASALLI, an individual,<br><br>Plaintiff,<br><br>- v. -<br><br>JERRY BULASA, an individual;<br>DONG LIAN, an individual;<br>DANYUN LIN, an individual;<br>TD BANK, N.A., a national banking association;<br>ABACUS FEDERAL SAVINGS BANK, a federal savings bank;<br>BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and<br>POLONIEX, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 4:22-CV-00249<br><br>Hon. Amos L. Mazzant, III |

## ORDER

Before the Court is Defendant Binance Holdings Ltd.'s Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. #17). On May 20, 2022, Plaintiff filed an Amended Complaint for Damages and Equitable Relief (Dkt. #24), and on June 20, 2022, Defendant Binance Holdings Ltd. filed a Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. #32).

It is hereby ORDERED that Defendant Binance Holdings Ltd.'s Motion to Dismiss (Dkt. #17) is DENIED as moot.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of June, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE