UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Civil Action No. 4:22-cv-249-ALM

DIVYA GADASALLI,

    Plaintiff,

v.

JERRY BULASA, ET AL.

    Defendants.

_____/

**PROPOSED SCHEDULING ORDER DEADLINES**

The following actions shall be completed by the date indicated:

| | Deadline |
|---|---|
| 1. Joinder of any additional parties and filing of motion to amend the pleadings by | **Thirty days from resolution of the pending motion to dismiss, if needed.** |
| 2. Parties shall select a mediator pursuant and shall schedule a time, date, and place for mediation by | **Sixty days from resolution of the pending motion to dismiss, if needed.** |
| 3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Four months from resolution of the pending motion to dismiss, if needed.** |
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Five months from resolution of the pending motion to dismiss, if needed.** |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Six months from resolution of the pending motion to dismiss, if needed.** |

4891-8102-2503

| | |
|---|---|
| 6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **Three months from resolution of the pending motion to dismiss, if needed** |
| 7. Fact discovery shall be completed by | **Four months from resolution of the pending motion to dismiss, if needed.** |
| 8. Expert discovery shall be completed by | **Seven months from resolution of the pending motion to dismiss, if needed.** |
| 9. Mediation shall be completed by | **Eight months from resolution of the pending motion to dismiss, if needed.** |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **Eight months from resolution of the pending motion to dismiss, if needed.** |
| 11. Deposition designations and counter designations shall be filed by | **Two months prior to trial date.** |
| The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | |
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **30 days prior to trial date** |
| Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted. | |

4891-8102-2503

| | |
|---|---|
| 13. Joint pretrial stipulation, deposition designations and counter- designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **30 days prior to trial date** |

**Respectfully Submitted By:**

| | |
|---|---|
| **SILVER MILLER**<br>*/s/ David C. Silver*<br>David C. Silver<br>Florida Bar No. 572764<br>Email: DSilver@SilverMillerLaw.com<br><br>4450 NW 126th Avenue – Suite 101<br>Coral Springs, Florida 33065<br>Telephone: (954) 516-6000<br><br>*Counsel for Plaintiff Divya Gadasalli*<br><br>Dated:   June 29, 2022 | **SCOTT DOUGLASS MCCONNICO LLP**<br>*/s/ Santosh Aravind*<br>Santosh Aravind, Esq.<br>Texas Bar No. 24095052<br>saravind@scottdoug.com<br>Ryan Squires, Esq.<br>Texas Bar No. 24044951<br>rsquires@scottdoug.com<br><br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>Telephone: (512) 495-6300<br><br>**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**<br><br>By: */s/ Karen R. King*<br>Karen R. King, Esq.<br>(Admitted *Pro Hac Vice*)<br>kking@maglaw.com<br>565 Fifth Avenue<br>New York, New York 10017<br>Telephone: (212) 856-9600<br><br>*Counsel for Binance Holdings, Ltd.*<br><br>Dated:   June 29, 2022 |

4891-8102-2503