# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**Civil Action No. 4:22-cv-00249-ALM**

DIVYA GADASALLI, an individual,

    Plaintiff,

v.

JERRY BULASA, an individual;
DONG LIAN, an individual; DANYUN LIN, an individual;
TD BANK, N.A., a national banking association;
ABACUS FEDERAL SAVINGS BANK, a federal savings bank;
BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and
POLONIEX, LLC, a Delaware limited liability company;

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION ON CONSENT TO ENLARGE BRIEFING DEADLINES REGARDING DEFENDANT BINANCE HOLDINGS, LTD.'S MOTION TO DISMISS AMENDED COMPLAINT

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff DIVYA GADASALLI, an individual ("Plaintiff"), with the consent of Defendant BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company ("Defendant BINANCE"), for entry of an Order extending through and including **July 13, 2022** Plaintiff's deadline to file a memorandum of law in response to Defendant BINANCE's Motion to Dismiss the Amended Complaint [Docket Entry No. ("DE") 32] and extending through **July 27, 2022** Defendant BINANCE's deadline to file a reply memorandum; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

    **ORDERED AND ADJUDGED** as follows:

    (1)    The Motion [DE ____] is hereby **GRANTED**.

Civil Action No. 4:22-cv-00249-ALM

(2) Plaintiff shall have through and including **July 13, 2022** to file a response memorandum to address the arguments raised in Defendant BINANCE's Motion to Dismiss.

(3) Defendant BINANCE shall have through and including **July 27, 2022** to file a reply memorandum addressing the arguments presented in Plaintiff's opposition to the Motion to Dismiss.

**DONE and ORDERED** in Chambers in Sherman, Texas.