# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DIVYA GADASALLI, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No.  4:22-CV-249 |
| v. § | Judge Mazzant |
| § | |
| JERRY BULASA, DONG LIAN, DANYUN § | |
| LIN, TD BANK, N.A., ABACUS § | |
| FEDERAL SAVINGS BANK, BINANCE § | |
| HOLDINGS, LTD, D/B/A BINANCE, and § | |
| POLONIEX, LLC, § | |
| § | |
| *Defendants.* § | |

## ORDER

Pending before the Court is Plaintiff Divya Gadasalli's Motion on Consent to Enlarge Briefing Deadlines Regarding Defendant Binance Holdings, Ltd.'s Motion to Dismiss Amended Complaint (Dkt. #35).  Having considered the motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** Plaintiff's deadline to respond is extended to **July 13, 2022**, and Defendant's deadline to reply is extended to **July 27, 2022.**

IT IS SO ORDERED.

SIGNED this 7th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE