# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

### Civil Action No. 4:22-cv-00249-ALM

DIVYA GADASALLI, an individual,

    Plaintiff,

v.

JERRY BULASA, an individual;
DONG LIAN, an individual; DANYUN LIN, an individual;
TD BANK, N.A., a national banking association;
ABACUS FEDERAL SAVINGS BANK, a federal savings bank;
BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and
POLONIEX, LLC, a Delaware limited liability company;

    Defendants.

_____/

## ORDER DENYING DEFENDANT BINANCE HOLDINGS, LTD.'S MOTION TO DISMISS AMENDED COMPLAINT

This matter is before the Court on the motion filed by Defendant BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company (the "Motion") [DE 32], seeking dismissal of all claims asserted against it in the Amended Complaint filed by Plaintiff DIVYA GADASALLI, an individual ("Plaintiff") [DE 24].

The Court having considered the Motion and all other briefing by the parties; and having been otherwise duly advised in the circumstances surrounding the Motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

    1.    Defendant BINANCE HOLDINGS, LTD.'s Motion to Dismiss the Amended Complaint is hereby **DENIED**.

    2.    The Court finds good cause for exercising personal jurisdiction over Defendant BINANCE HOLDINGS, LTD. in this matter.

Temporary Restraining Order<br>Civil Action No. 4:22-cv-00249-ALM

3. Additionally, the Court finds that at this stage of the litigation, plaintiff has plausibly stated a viable cause of action against Defendant BINANCE HOLDINGS, LTD. for the harms alleged to have been suffered by Plaintiff.

4. Within ten (10) days of the date of this Order, Defendant BINANCE HOLDINGS, LTD. shall file its Answer to the Amended Complaint.

**DONE and ORDERED** in Chambers in Sherman, Texas.