# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DIVYA GADASALLI | § | |
| | § | |
| v. | § | Civil Action No. 4:22cv249 |
| | § | Judge Mazzant |
| JERRY BULASA, ET AL. | § | |

### ORDER

It is hereby **ORDERED** that Plaintiff shall file a Status Report informing the Court of the status of this case no later than June 14, 2023.

**IT IS SO ORDERED.**

**SIGNED this 7th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE