# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**Civil Action No. 4:22-cv-00249-ALM**

DIVYA GADASALLI, an individual,

    Plaintiff,

v.

JERRY BULASA, an individual;
DONG LIAN, an individual; DANYUN LIN, an individual;
TD BANK, N.A., a national banking association;
ABACUS FEDERAL SAVINGS BANK, a federal savings bank;
BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; and
POLONIEX, LLC, a Delaware limited liability company;

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff DIVYA GADASALLI, an individual, by and through her undersigned counsel, hereby **DISMISSES WITHOUT PREJUDICE** all pending claims asserted in her Amended Complaint in this action.

Each party is to bear his/her/its own costs, expenses, and attorneys' fees associated with the above-captioned action.

    Respectfully submitted,

    **SILVER MILLER**
    4450 NW 126th Avenue - Suite 101
    Coral Springs, Florida 33065
    Telephone:     (954) 516-6000

    By: _/s/ David C. Silver_
        DAVID C. SILVER
        Florida Bar No. 572764
        E-mail: DSilver@SilverMillerLaw.com

Civil Action No. 4:22-cv-00249-ALM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __14th__ day of June 2023 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **All Parties and Counsel of Record**.

                                        _/s/ David C. Silver_
                                         DAVID C. SILVER

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101 • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com